LOCKE LORD BISSELL & LIDDELL LLP
Robert J. McAughan, Jr. (*pro hac vice*)
bmcaughan@lockelord.com
Pankti Patel (*pro hac vice*)
ppatel@lockelord.com
3400 JP Morgan Chase Tower
600 Travis
Houston, Texas 77002
Telephone:  713.226.1200
Facsimile:   713.223.3717

Keith G. Wileman (SBN: 111225)
kwileman@lockelord.com
Cory A. Baskin (SBN: 240517)
cbaskin@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California  90071-3119
Tel:  213.485.1500
Fax:  213.485.1200

Attorneys for PLAINTIFF
THE NINJA CORPORATION UAE

Lori Minassian (SBN: 223542)
lminassian@foley.com
Diana Chen (SBN: 232921)
dchen@foley.com
FOLEY & LARDNER LLP
2029 Century Park East, 35th Floor
Los Angeles, CA 90067-3021
Phone:  310.277.2223
Fax:  310.557.8475

Attorneys for DEFENDANTS
PATENT CATEGORY CORPORATION and
PLAYHUT, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NINJA CORPORATION UAE, a foreign corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>PLAYHUT, INC. and PATENT CATEGORY CORPORATION, California corporations,<br><br>  Defendants. | Case No. CV 07-5543 CAS (RZx)<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATED PROTECTIVE ORDER** |

**DENIED**

**BY ORDER OF THE COURT**

The Court, having considered the parties' Stipulated Joint Protective Order, and good cause appearing therefore, hereby orders that the provisions of said Stipulated Joint Protective Order are approved, adopted and incorporated by this reference, and the same shall constitute the Protective Order of this Court.

IT IS SO ORDERED.

NO SHOWING OF GOOD CAUSE

Dated:  March 14, 2008     **DENIED**

*/s/ Ralph Zarefsky*
_____
Hon. Ralph Zarefsky
United States Magistrate Judge